IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS E. DEMOND, JR.,

    Plaintiff,

vs.

AMERIPRISE INSURANCE COMPANY,
IDS PROPERTY CASUALTY INSURANCE
COMPANY, DAVID ADAMCZYK,

    Defendants.

Case No. 13-cv-649-JPG-PMF

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Thomas E. Demond, Jr.'s motion for an order approving a settlement with defendant David Adamczyk pursuant to the Illinois Contribution Act (Doc. 22). Adamczyk filed a motion indicating his settlement with Demond was in good faith and requesting the Court enter the proposed order (Doc. 24). Defendants Ameriprise Insurance Company ("Ameriprise") and IDS Property Casualty Insurance Company ("IDS") filed a response indicating they have no objection (Doc. 25).

The Court being advised in the premises, the settlement in which Adamczyk is to pay Demond $10,000.00 in exchange for a dismissal of the claims in Count III of the Complaint against him is approved as a good faith settlement under the Illinois Contribution Act, 740 ILCS 100/2(c) and (d). Count III of the Complaint against Adamczyk is dismissed with prejudice. Demond's claims against Ameriprise and IDS under Count III of the Complaint are not affected by this Order, and remain pending, except that any Judgment entered in favor of Demond and against Ameriprise and IDS under Count III is to be reduced by $10,000.00. Ameriprise and IDS are barred from asserting any claims for contribution against Adamczyk under 740 ILCS

100/2(d) and Adamczyk is barred from seeking any contribution from the other defendants under Section (e).

Accordingly, the Court **GRANTS** the motion (Doc. 22) and **DISMISSES** Adamczyk from this case.

**IT IS SO ORDERED.**

**DATED:** November 18, 2013

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
