IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS E. DEMOND, JR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 13-cv-00649-JPG-PMF |
| | ) |
| AMERIPRISE INSURANCE COMPANY, | ) |
| IDS PROPERTY CASUALTY | ) |
| INSURANCE COMPANY, AND | ) |
| DAVID ADAMCZYK, | ) |
| | ) |
|    Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the court on Defendant Ameriprise Insurance Company's Motion (Doc. 29) for Summary Judgment. Plaintiff, Thomas E. Demond, Jr., filed a Response (Doc. 32) stating that Plaintiff had no objection with regard to summary judgment on Counts I & III. Plaintiff did not address Count II within his Response.

Summary judgment must be granted "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a); *see Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986); *Spath v. Hayes Wheels Int'l-Ind., Inc.*, 211 F.3d 392, 396 (7th Cir. 2000). The reviewing court must construe the evidence in the light most favorable to the nonmoving party and draw all reasonable inferences in favor of that party. *See Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255 (1986); *Chelios v. Heavener*, 520 F.3d 678, 685 (7th Cir. 2008); *Spath*, 211 F.3d at 396.

As Plaintiff has no objections to summary judgment on Counts I & III, this Court will only address Defendant Ameriprise Insurance Company's request for summary judgment with regard to Count II. Count II alleges that Defendant Ameriprise Insurance Company refused to

pay Plaintiff's claim and falsely denied the claim on the grounds of fraud and misrepresentation. (Doc. 2-2).  The Plaintiff's Response states that the insurance policy in question was not issued by Defendant Ameriprise Insurance Company.  (Doc. 32, page 1).  Therefore, it is self-evident that Defendant Ameriprise Insurance Company had no obligation for pay Plaintiff's claim and could not have falsely denied any claim submitted with regard to the policy in question.  As such, summary judgment is appropriate for Count II.

Therefore, Defendant Ameriprise Insurance Company's Motion (Doc. 29) for Summary Judgment is **GRANTED** and this matter is **DISMISSED** with prejudice against Defendant Ameriprise Insurance Company**.**  The Court **DIRECTS** the Clerk of the Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**

**DATED:**   1/15/2015

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**