IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS E. DEMOND, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-cv-00649-JPG-PMF |
| ) | |
| AMERIPRISE INSURANCE COMPANY, ) | |
| IDS PROPERTY CASUALTY ) | |
| INSURANCE COMPANY, AND ) | |
| DAVID ADAMCZYK, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendants' Partial Motion for Summary Judgment (Doc. 31). Plaintiff filed a Response (Doc. 33) and the Court has done an initial review. However, it appears that Defendants' Exhibit A is incorrect. Exhibit A is the deposition transcript of Thomas Demond, Sr. and it appears from the context of the Defendants' Motion, that Exhibit A should be the deposition transcript of Thomas Demond, Junior.

As such, the Defendants are **DIRECTED** to file the correct Exhibit A (or to notify the Court that Exhibit A is currently correct) no later than **January 26, 2015**. If a corrected Exhibit A is filed, Plaintiff will have 30 days from the date of the corrected filing to submit an amended response.

**IT IS SO ORDERED.**

**DATED:** 1/15/2015

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**